United States District Court
Southern District of Texas

**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| VLADISLAV MARININ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-277 |
| | § | |
| O. RODRIGUEZ *et al.* | § | |

## **ORDER**

On February 25, 2026, Petitioner, proceeding *pro se*, filed his Petition for Writ of Habeas Corpus, challenging the constitutionality of his detention in immigration custody. (Dkt. No. 1). On February 27, 2026, Respondents were ordered to file a response to the Petition and serve their response on Petitioner no later than March 6, 2026. (Dkt. No. 7). As of the date of this Order, Respondents have not filed a response.

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** why they have failed to respond to the Petition by the Court's deadline.

To ensure Respondents receive this Order, the Clerk of Court is **DIRECTED** to electronically serve this Order on the United States Attorney for the Southern District of Texas at USATXS.CivilNotice@usdoj.gov.

The Clerk of Court is also **DIRECTED** to send a copy of this Order via certified mail to Pro Se Petitioner at Webb County Detention Center, 9998 S. Highway 83, Laredo, Texas 78046.

(signature on next page)

IT IS SO **ORDERED**.

**SIGNED** the 2nd day of April, 2026.

Christopher dos Santos
United States Magistrate Judge